STEVEN G. KALAR
Federal Public Defender
CANDIS MITHCELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Michael Hamilton

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff,<br><br>v.<br><br>**Michael Hamilton,**<br><br>Defendant. | Case Number: CR 13-0748 WHO<br><br>**Stipulation And Order  Continuing Sentencing Hearing**<br><br>Date:   November 20, 2014<br>Time:   1:30 p.m.<br><br>Proposed New Date:  December 4, 2014 |

   Mr. Hamilton is currently set for sentencing on November 20, 2014, at 1:30 in the afternoon.  Counsel for Mr. Hamilton recently discovered a possible error in his criminal record that could affect the Guideline calculations for Mr. Hamilton, and is currently awaiting the arrival of documents to determine whether one of Mr. Hamilton's convictions will count toward his criminal history calculations. Counsel for Mr. Hamilton does not anticipate the need for any further continuances after this final requested continuance. Accordingly, Mr. Hamilton seeks to move the date of sentencing to **December 4, 2014, at 1:30 p.m.**

Stip. & Order Cont. Sentencing
CR 13-0748 WHO                                        1

1      The United States does not object to the continuance or proposed date.  The probation

2 officer has been contacted and has no objection to the continuance or proposed date.

3      SO STIPULATED:

4

5 Dated: November 14, 2014              */s/ Robert Leach*
                                           ROBERT LEACH

6                                            Assistant United States Attorney

7 Dated:  November 14, 2014             */s/ Candis Mitchell*
                                           CANDIS MITCHELL

8                                            Attorney for Defendant Michael Hamilton

9

10

11                                 **Order**

12

13      For the reasons stated above, this matter is continued from November 20, 2014, at 1:30

14 p.m., to December 4, 2014, at 1:30 p.m., for sentencing.  This is the third request for a continuance

15 and it is unlikely that another will be granted.

16      IT IS SO ORDERED.

17 Dated: November 17, 2014                                                 _____

18                                            WILLIAM H. ORRICK
                                           United States District Judge

19

20

21

22

23

24

25

26

27

28 Stip. & Order Cont. Sentencing
CR 13-0748 WHO                         2